**UNITED STATES OF AMERICA,**
**Plaintiff–Appellee,**

v.

**David Anthony FUSELIER; Berry**
**Lynn Harris, Defendants–**
**Appellants.**

**No. 03–30438.**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Dec. 5, 2003.

James Thomas McManus, Camille Ann Domingue, Assistant US Attorney, US Attorney's Office, Lafayette, LA, Karen Lynn Stevens, Jessica Dunsay Silver, US Department of Justice, Washington, DC, for Plaintiff–Appellee.

Christopher Albert Aberle, Mandeville, LA, for Defendant–Appellant.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM.*

Counsel appointed to represent Beverly L. Harris on direct appeal has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Harris has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

